UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ALLEN SMITH, | ) | 1:10-cv—01111-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC. 14) |
| | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS THE PETITION |
| KATHLEEN ALLISON, | ) | WITHOUT LEAVE TO AMEND (DOCS. 13, |
| | ) | 1) |
| Respondent. | ) | |
| | ) | ORDER DISMISSING THE PETITION |
| | ) | WITHOUT LEAVE TO AMEND (DOC. 1), |
| | | DECLINING TO ISSUE A CERTIFICATE |
| | | OF APPEALABILITY, AND DIRECTING |
| | | THE CLERK TO CLOSE THE CASE |

   Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

   On May 27, 2011, the Magistrate Judge filed findings and recommendations to dismiss the petition without leave to amend for failure to state a cognizable claim, decline to issue a certificate of appealability, and direct the clerk to close the action.  The findings and recommendations were served by mail on

1

Petitioner on the same date.  The findings and recommendations informed Petitioner that objections were due within thirty days of service.

Although the deadline for filing objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file.  The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it IS ORDERED that:

1) The findings and recommendations filed on May 27, 2011, are ADOPTED in full; and

2) Respondent's motion to dismiss the petition without leave to amend is GRANTED; and

3) The petition for writ of habeas corpus is DISMISSED without leave to amend for failure to state a claim cognizable in a proceeding pursuant to 28 U.S.C. § 2254; and

4) The Court DECLINES to issue a certificate of appealability; and

5) The Clerk is DIRECTED to close the action. IT IS SO ORDERED.

**Dated:   July 8, 2011**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE